IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW HANTZIS                                                         PETITIONER

VERSUS                                      CIVIL ACTION NO. 5:09-cv-195-DCB-JMR

VINCE LAUGHLIN                                                         RESPONDENT

## ORDER

Before the Court is petitioner's Motion to Dismiss [10] filed September 20, 2010. Having reviewed the record, this Court finds that a Final Judgment [9] dismissing without prejudice the instant petition for habeas relief pursuant to 28 U.S.C. § 2241 was signed on September 17, 2010. According to the docket, the instant civil action was dismissed prior to receiving the Motion to Dismiss [10]. Consequently, this Court denies the Motion to Dismiss [10] as moot.

THIS, the 20th day of September, 2010.


                                    s/David Bramlette
                                    UNITED STATES DISTRICT JUDGE